

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00191-CR

**JULIUS STEWART,**

Appellant

 **v.**

**THE STATE OF TEXAS,**

Appellee

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 33487, 33854, 33855, 33907, 33983

## MEMORANDUM OPINION

Julius Stewart has filed an interlocutory pro se notice of appeal of the denial of his motion to recuse the trial judge.

We do not have jurisdiction of this interlocutory appeal of the denial of the motion to recuse. *See Abbott v. State*, 271 S.W.3d 694 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law); *Everett v. State,* 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.) (stating that court has jurisdiction over criminal appeals only when expressly

granted by law). No law authorizes the interlocutory appeal of a denial of a motion to recuse.

We dismiss this appeal for want of jurisdiction.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed June 20, 2012
Do not publish
[CR25]